**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-1327**

TERRY D. QUATTLEBAUM,

Plaintiff - Appellant,

v.

BANK OF AMERICA, N.A.; COUNTRYWIDE HOME LOANS, INC.;
RICHARD G. REESE, JR., Resident,

Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Greenbelt.
Theodore D. Chuang, District Judge. (8:16-cv-01711-TDC)

Submitted: August 1, 2017                    Decided: August 15, 2017

Before DIAZ, FLOYD, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Terry D. Quattlebaum, Appellant Pro Se. Craig Robert Haughton, MCGUIREWOODS,
LLP, Atlanta, Georgia; Emily Michele Patterson, MCGUIREWOODS, LLP, Baltimore,
Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Terry D. Quattlebaum filed this action—his second—asserting several claims arising out of the sale of his mortgage and foreclosure on his home. The Defendants moved to dismiss on res judicata grounds. Quattlebaum sought to amend his complaint, but the district court denied the motions to amend and dismissed the complaint as barred by res judicata. Quattlebaum appeals the district court's order denying his motions to amend his complaint as futile. We review de novo a district court's denial of a motion to amend on futility grounds. *United States ex rel. Ahumada v. NISH*, 756 F.3d 268, 274 (4th Cir. 2014). As the district court concluded, res judicata would bar litigation of the claims Quattlebaum sought to add. *See Pueschel v. United States*, 369 F.3d 345, 354-55 (4th Cir. 2004) (providing elements of res judicata). Accordingly, we affirm the district court's ruling. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*